SO ORDERED: March 19, 2015.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 01/2014)

In re:

**Park Fletcher Realty, LLC**,
     Debtor(s).

Case No. **15–00843–JJG–11**

### ORDER

A(n) Motion for Emergency/Expedited Hearing was filed on March 19, 2015, by Creditor Filbert Orton EAT, LLC.

**IT IS ORDERED** that the Motion for Emergency/Expedited Hearing is **DENIED**.

The Clerk's Office will distribute this order.

###